[S. F. No. 16480.  In Bank.—January 6, 1941.]

A. CAMINETTI, Jr., as Insurance Commissioner, etc., Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.

Earl Warren, Attorney-General, W. T. Sweigert, Assistant Attorney-General, and Neil Cunningham, John L. Nourse and James A. Arnerich, Deputies Attorney-General, for Petitioner.

Webb, Webb & Olds for Respondent.

THE COURT.—The facts and issues presented in this proceeding are substantially similar to those involved in *Caminetti* v. *Superior Court*, S. F. 16479 (*ante*, p. 838 [108 Pac. (2d) 911]), this day decided.  For the reasons therein advanced and upon the authority thereof, let peremptory writs of prohibition and mandate issue respectively restraining the respondent Superior Court from taking any further steps or proceedings in the conservatorship proceeding pending therein, and directing it to transfer the same to the Superior Court in and for the County of Los Angeles.

Gibson, C. J., did not participate in the decision.

EDMONDS, J., Dissenting.—For the reasons stated by me in *Caminetti* v. *Superior Court of San Francisco*, No. 16,479, I am of the opinion that the writs sought by the applicant should be denied.

Rehearing denied.  Edmonds, J., voted for a rehearing.